IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL P. WOOD,

    Plaintiff,

    v.                                 Case No. 3:23-cv-376-slc

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Acting Commissioner's decision with a remand of the cause to the Acting Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will offer the claimant the opportunity for a new hearing and issue a new decision. The ALJ will develop the administrative record as necessary, and following the sequential evaluation process, determine whether Plaintiff is disabled. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED.

9-6-23

STEPHEN L. CROCKER
MAGISTRATE JUDGE